UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FARM FAMILY                    :
v.                             :    NO. 3:03cv294 (JBA)
DEERE & CO.                    :

## SCHEDULING ORDER

At the status conference held 11/3/04, the following was ordered:

1. Any motions to compel discovery shall be filed by 12/4/03, or claim for disputed discovery will be deemed waived.

2. Any motion for summary judgment will be filed by 1/2/04 (the pre-filing conference requirement has been satisfied); opposition will be filed by 1/23/04; any reply will be filed by 2/2/04.

3. If no motion for summary judgment is filed, the parties' Joint Trial Memorandum will be filed by 3/1/04 [instructions attached].

4. A pre-trial conference will be held 3/15/04 at 3:00 p.m. in Chambers Room 118.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **November 04, 2003**