UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FARM FAMILY CASUALTY INSURANCE CO.<br>    Plaintiff | : | CIVIL ACTION NO. 303CV0294 (JBA) |
| VS. | : | |
| DEERE & COMPANY<br>    Defendant. | : | DECEMBER 3, 2003 |

FILED DEC 4 12 12 PM '03

## MOTION TO COMPEL

The plaintiff, Farm Family Casualty Insurance Company, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, and pursuant to the Scheduling Order entered by the Court on November 4, 2003, moves the Court to compel the defendant to comply with and respond to the following: (1) plaintiff's Interrogatories and Requests for Production, dated May 12, 2003; and (2) plaintiff's Request for Production attached to a deposition notice issued pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

Pursuant to Rule 9(d)2 of the Local Rules of Civil Procedure, attached to this Motion is an Affidavit wherein the undersigned counsel certifies that he has conferred with counsel for the defendant in an effort in good faith to resolve the issues addressed in this Motion to Compel, but that they have been unable to reach an agreement. The plaintiff has also submitted a memorandum of law in support of this motion.

### Interrogatories and Requests for Production

This is a products liability/subrogation action arising from a fire in a Harvester manufactured by the defendant. The plaintiff served a set of Interrogatories and Requests for

1

Production, dated May 12, 2003, on the defendant. The defendant objected to all of the Interrogatories and Requests for Production served by the plaintiff. (Attached as Exhibit 1 to the plaintiff's memorandum of law is a copy of the plaintiff's interrogatories and requests for production and the defendant's objections thereto). The majority of Interrogatories and Requests for Production seek information regarding defects and fires pertaining to the subject product and to other similar products. The information sought by the plaintiff is relevant to the claims and the defenses asserted in this case because fires in other similar products would have put the defendant on notice of a defect in the subject product.

Therefore, the Court should order the defendant to respond to the plaintiff's interrogatories and requests for production.

### Request for Production Attached to 30(b)(6) Deposition Notice

The plaintiff issued a deposition notice, dated October 17, 2003, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. Attached to this deposition notice was a Request for Production of Documents. (Attached as Exhibit 2 to the plaintiff's memorandum of law is a copy of the deposition notice and request for production). The requests for production attached to the deposition notice are nearly identical to the requests for production dated May 12, 2003, except that they are more limited in time and seek information regarding the results of any testing done as to the melting point of fuel tanks and other fluid tanks in the subject product and similar products. The defendant filed objections to the requests for production. (Attached as Exhibit 3 to the plaintiff's memorandum of law is a copy of the defendant's Objection to Request for Production which objection is dated November 14, 2003).

2

The defendant should be compelled to respond to the plaintiff's Interrogatories and Requests for Production dated May 12, 2003, and to produce at its deposition the documents requested in the request for production attached to the Notice of Deposition dated October 17, 2003. The information requested by the plaintiff is relevant to the claims and defenses raised in this case.

Based on the foregoing and on the memorandum of law supporting this Motion, the defendant should be compelled to respond to all of the plaintiff's Interrogatories and Requests for Production.

THE PLAINTIFF,
FARM FAMILY CASUALTY INSURANCE COMPANY

_____
Joseph E. Mascaro, Esq.
Fed. Bar # CT12736
MORRISON, MAHONEY & MILLER, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, to the following parties of record postage prepaid this 3rd day of December, 2003, as follows:

Bruce H. Raymond, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

*(signature)*
Joseph E. Mascaro, Esq.

4