UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| FARM FAMILY CASUALTY | : |
| INSURANCE CO. | CIVIL ACTION NO. 303CV0294 (JBA) |
| Plaintiff | |
| | |
| VS. | : |
| | : |
| DEERE & COMPANY | : |
| Defendant. | DECEMBER 3, 2003 |

### AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

1.     I am over the age of eighteen and understand the meaning and obligation of an oath;

2.     I am an attorney of the law firm of Morrison, Mahoney & Miller, which represents the plaintiff in the above-captioned action;

3.     I have conferred with counsel for the defendant, Deere & Company, in a good faith effort to resolved by agreement, without intervention of the court, the defendant's objections to the plaintiff's interrogatories and requests for production;

4.     I and counsel for the defendant have been unable to reach an agreement on any of the objections filed by the defendant.

Joseph E. Mascaro, Esq.

1

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

Subscribed and sworn to before me this _3rd_ day of _December_, 2003.

_____
Commissioner of the Superior Court

2

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459