UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FARM FAMILY CASUALTY INSURANCE CO. | : | CIVIL ACTION NO. |
| Plaintiff | | 303CV0294 (JBA) |
| V. | : | |
| DEERE & COMPANY | : | DECEMBER 30, 2003 |
| Defendant | | |

### ASSENTED-TO MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties in the above-captioned action hereby move for a slight modification of the interim deadlines set forth in the Scheduling Order issued November 4, 2003 as follows.

By way of background, it bears emphasis that counsel have agreed to referral to a magistrate for all purposes, including bench trial. Further, counsel have resolved all scheduling and discovery issues by good faith negotiations of counsel on their own. Both counsel agree that the following minor modification to the scheduling order is necessary and appropriate for the parties to complete the necessary trial preparation. Since the order achieves trial ready status by the same date as reflected in the operative scheduling order, counsel jointly agree and move the court for adoption of the parties' stipulation. Counsel represent that good faith efforts were made on both sides to achieve the necessary discovery within the Court's original order. Due to

2003 DEC 30 P 4: 21

FILED

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

unavailability and relocation of certain witnesses, the parties were unable to complete the discovery within the court's original deadlines through reasons beyond their control.

### Revised Scheduling Order

1. Any pending discovery motions are withdrawn, as counsel have reached accord on all disputed issues.

2. The parties shall have until January 31, 2004, within which to complete necessary fact and expert depositions.

3. The defendants shall make final disclosure of any additional liability experts (if necessary) on or before January 31, 2004.

4. If no additional trial expert is disclosed by the defendant, then any motion for summary judgment will be filed on or before February 1, 2004.

5. If the defendant shall disclose an additional liability expert, then plaintiff shall complete deposition of such expert if necessary on or before February 29, 2004.

6. If the defendant discloses an additional liability expert, then any dispositive motion, including a motion for summary judgment, will be filed on or before March 15, 2004.

7. The pretrial conference previously scheduled will be held on March 15, 2004 at 3:00 p.m. in chambers room 118.

The above represents counsels' assented-to motion for modification of the scheduling order. Since the proposed order does not materially alter or delay preparation of the case for trial, counsel respectfully requests that the court adopt the parties' stipulation as the court's order. There being good grounds for the granting of this motion, an order consistent with this motion is respectfully requested.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT,
Deere & Company

By: _____
Bruce H. Raymond of
HALLORAN & SAGE LLP
Fed. Bar #ct04981
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 30th day of December 2003, a copy of the foregoing was mailed, postage prepaid, via first-class mail, to:

James L. Brawley, Esquire
Joseph E. Mascaro, Esquire
Morrison, Mahoney & Miller
One Constitution Plaza
Hartford, CT 06103

_____
Bruce H. Raymond
Fed. Bar #ct04981

499065v1

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105