IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
                                                 :
FARM FAMILY CASUALTY INS. CO.    :   3:03CV294(JGM)
                                                 :
v.                                               :
                                                 :
DEERE & CO                       :   JANUARY 7, 2004
                                                 :
-------------------------------------------------x
```

ORDER

On December 31, 2003, Judge Janet Bond Arterton transferred, by consent, Farm Family Casualty Ins. Co. v. Deere & Company to this Magistrate Judge. (See Dkt. #23). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 7th day of January, 2004.

                                                        /s/
                                       Joan G. Margolis
                                       U. S. Magistrate Judge