UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Telephone (203) 773-2350

January 12, 2004

11:00 A.M.

*Held 11:04 - 11:08 (4 min.)*

CASE NO. **3:03cv294** (JBA) **Farm Family Causalty v. Deere**

| | |
|---|---|
| Neyah K. Bennett<br>Halloran & Sage<br>One Goodwin Sq., 225 Asylum St.<br>Hartford, CT 06103<br>860-522-6103<br>bennett@halloran-sage.com | Deere & Co. |
| James L. Brawley<br>Morrison, Mahoney & Miller, LLP<br>One Constitution Plaza<br>10th Floor<br>Hartford, CT 06103-1810<br>860-616-4441 | Farm Family Casualty Ins. Co. |
| Tracey Melinda Lane<br>Morrison, Mahoney & Miller, LLP<br>One Constitution Plaza<br>10th Floor<br>Hartford, CT 06103-1810<br>860-616-4441 | Farm Family Casualty Ins. Co. |
| Joseph E. Mascaro<br>Morrison, Mahoney & Miller, LLP<br>One Constitution Plaza<br>10th Floor<br>Hartford, CT 06103-1810<br>860-616-4441 | Farm Family Casualty Ins. Co. |

/s/ Bruce H. Raymond                    Deere & Co.
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-522-6103
raymond@halloran-sage.com


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK