1/12/04 -- Motion granted -- all discovery shall be completed by 1/30/04; defendant shall make final disclosure of any additional liability experts (if necessary) by 1/30/04; if no additional trial expert is disclosed, then all dispositive motions shall be filed by 2/2/04; if an additional trial expert is disclosed, then such expert shall be deposed by 2/27/04 and all dispositive motions shall be filed by 3/15/04.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FARM FAMILY CASUALTY INSURANCE CO.<br>Plaintiff | : | CIVIL ACTION NO.<br>303CV0294 (JBA) |
| V. | : | |
| DEERE & COMPANY<br>Defendant | : | DECEMBER 30, 2003 |

## ASSENTED-TO MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties in the above-captioned action hereby move for a slight modification of the interim deadlines set forth in the Scheduling Order issued November 4, 2003 as follows.

By way of background, it bears emphasis that counsel have agreed to referral to a magistrate for all purposes, including bench trial. Further, counsel have resolved all scheduling and discovery issues by good faith negotiations of counsel on their own. Both counsel agree that the following minor modification to the scheduling order is necessary and appropriate for the parties to complete the necessary trial preparation. Since the order achieves trial ready status by the same date as reflected in the operative scheduling order, counsel jointly agree and move the court for adoption of the parties' stipulation. Counsel represent that good faith efforts were made on both sides to achieve the necessary discovery within the Court's original order. Due to

2003 DEC 30 P 4:21

FILED

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105