UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FARM FAMILY CASUALTY INSURANCE CO.<br>Plaintiff | : | CIVIL ACTION NO. 303CV0294 (JBA) |
| VS. | : | |
| DEERE & COMPANY<br>Defendant. | : | DECEMBER 3, 2003 |

## MOTION TO COMPEL

The plaintiff, Farm Family Casualty Insurance Company, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, and pursuant to the Scheduling Order entered by the Court on November 4, 2003, moves the Court to compel the defendant to comply with and respond to the following: (1) plaintiff's Interrogatories and Requests for Production, dated May 12, 2003; and (2) plaintiff's Request for Production attached to a deposition notice issued pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

Pursuant to Rule 9(d)2 of the Local Rules of Civil Procedure, attached to this Motion is an Affidavit wherein the undersigned counsel certifies that he has conferred with counsel for the defendant in an effort in good faith to resolve the issues addressed in this Motion to Compel, but that they have been unable to reach an agreement. The plaintiff has also submitted a memorandum of law in support of this motion.

**Interrogatories and Requests for Production**

This is a products liability/subrogation action arising from a fire in a Harvester manufactured by the defendant. The plaintiff served a set of Interrogatories and Requests for

1

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459