FILED

Oct 29  12 34 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FARM FAMILY CASUALTY INSURANCE CO.<br>Plaintiff | : | CIVIL ACTION NO.<br>303CV0294 (JBA) |
| V. | : | |
| DEERE & COMPANY<br>Defendant | : | OCTOBER 29, 2003 |

## MOTION FOR PROTECTIVE ORDER

The defendant, Deere & Company, hereby moves for an order of protection on grounds that the plaintiff's Notice of Deposition issued pursuant to Rule 30(b)(6), attached as Exhibit A, is ambiguous, overly broad, unduly burdensome and would require the defendant's designee(s) to travel from Moline, Illinois, and Germany. Moreover, the plaintiff has not specified any specific defect relating to the design or manufacture of the subject product. Further, the Notice of Deposition calls for designation of the witness with knowledge concerning "distribution," which is not placed in issue in any of the anticipated claims or defenses. As additional grounds for an order of protection, the defendant states that although a discovery request for production of documents has been issued, the defendant has not been provided the required 30 days within which to interpose objections to the document request. The defendant hereby gives notice that it intends to interpose substantive objections to one or more of the document requests attached to the notice.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105