UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FARM FAMILY CASUALTY INSURANCE CO.<br>Plaintiff | : | CIVIL ACTION NO. 303CV0294 (JBA) JGM |
| VS. | : | |
| DEERE & COMPANY<br>Defendant. | : | OCTOBER 3, 2003 |

**MOTION TO COMPEL**

The plaintiff, Farm Family Casualty Insurance Company, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, moves the Court to order that the defendant respond to the plaintiff's Interrogatories and Requests for Production dated May 12, 2003.

Pursuant to Rule 9(d)2 of the Local Rules of Civil Procedure, attached to this Motion is an Affidavit wherein the undersigned counsel certifies that he has conferred with counsel for the defendant in an effort in good faith to resolve the issues addressed in this Motion to Compel, but that they have been unable to reach an agreement. The plaintiff has also submitted a memorandum of law in support of this motion.

This is a products liability/subrogation action arising from a fire in a Harvester manufactured by the defendant. The plaintiff served a set of Interrogatories and Requests for Production, dated May 12, 2003, on the defendant. The defendant objected to all of the Interrogatories and Requests for Production served by the plaintiff. (Exhibit 1 to the plaintiff's memorandum of law is a copy of the interrogatories and the objections thereto). The majority of Interrogatories and Requests for Production seek information regarding defects and fires

1

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

[handwritten margin notes: "16", "JGM", "1/12/04 — Denied without prejudice as moot."]