UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FARM FAMILY CASUALTY INSURANCE CO.<br>    Plaintiff | : | CIVIL ACTION NO. 3:03CV294 (JGM) |
| | : | |
| VS. | : | |
| | : | |
| DEERE & COMPANY<br>    Defendant. | : | APRIL 19, 2004 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Farm Family Insurance Company, and the defendant, Deere & Company, hereby jointly and voluntarily stipulate and agree that the above-captioned action may be dismissed with prejudice and without costs and attorney's fees to either party.

DATE: 4\19\04

_____
James L. Brawley
Joseph E. Mascaro
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Attorneys for the Defendant

DATE: 4/21/04

_____
Bruce Raymond, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Attorneys for the Plaintiff

1

## CERTIFICATION

This is to certify that on this 21st day of April 2004, a copy of the foregoing was mailed, postage prepaid, via first-class mail, to:

James L. Brawley, Esquire
Joseph E. Mascaro, Esquire
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103

_____
Bruce H. Raymond
Fed. Bar #CT04981

541380

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105