```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT

Farm Family Casualty Insurance Co

V.                              Case Number:  3:03cv294(JGM)

Deere & Co
```

**ORDER**

<u>      **Stipulation for Dismissal of Case** Doc. #  -  **ORDERED ACCORDINGLY**</u>

```
    Dated at New Haven, Connecticut, April 22, 2004.


                        KEVIN F. ROWE, CLERK


                        By: _____
                            Rita Warner
                            Deputy Clerk
```